22 A.3d 1030

Howard GIBSON, Appellant

v.

PA. DEPARTMENT OF PROBATION AND PAROLE, Appellee.

No. 15 EAP 2011.

Supreme Court of Pennsylvania.

July 14, 2011.

## ORDER

PER CURIAM.

AND NOW, this 14th day of July, 2011, the appeal is DISMISSED due to Appellant's failure to file a brief. The Application for Summary Relief/Application for Stay is DISMISSED AS MOOT.